IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| v. | Case No. 15-1021(AMD) |
| DOMINIQUE LAWRENCE | |

### ORDER

It is on this 11th day of September, 2015,

ORDERED that the Court will conduct a status conference in the above matter on Thursday, October 29, 2015 at 1:30 p.m. in Courtroom 3B.

_____
ANN MARIE DONIO
UNITED STATES MAGISTRATE JUDGE